1
2
3
4
5
6
7
8

9
**UNITED STATES DISTRICT COURT**

10
**NORTHERN DISTRICT OF CALIFORNIA**

11
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| 12  JEMAR THOMPSON and others, | Case No. 12-cv-00391 NC |
| 13  Plaintiffs, | **AMENDED CASE MANAGEMENT ORDER** |
| 14  v. | Re: Dkt. No. 16 |
| 15  C & H SUGAR COMPANY, INC. and AMERICAN SUGAR REFINERY, INC., | |
| 16  Defendants. | |
| 17 | |

18    The case management conference scheduled for May 9, 2012, is VACATED.  A further

19  case management conference will be held on January 16, 2013, at 10:00 a.m.  Based on the

20  parties' joint case management statement, Dkt. No. 16, the Court orders the following:

21    1. DISCOVERY.  All non-expert discovery must be completed by the parties by February

22  15, 2013.  All expert discovery must be completed by April 11, 2013.

23    2. EXPERT WITNESSES.  The disclosure of expert witness opinions must be completed

24  by February 28, 2013  Supplemental disclosures of expert witness opinions must be completed by

25  March 14, 2013.

26    3. PRETRIAL MOTIONS.  All pretrial motions must be filed and served by March 15,

27  2013.  Any filed pretrial motions will be heard no later than April 30, 2013.

28    4. EXHIBITS AND RELATED PRETRIAL FILINGS.  All (1) exhibits; (2) statements

designating excerpts from depositions, interrogatory answers, and responses to requests for admission; and (3) any other material to be offered at trial other than for impeachment or rebuttal must be lodged by May 1, 2013. A party objecting to the receipt into evidence of any proposed testimony, exhibit, or material must meet and confer with the opposing party by May 6, 2013.

5. PRETRIAL STATEMENTS. At a time convenient to both, counsel must meet and confer to discuss the preparation of a joint pretrial statement. Counsel must file a joint pretrial statement by May 1, 2013.

6. PRETRIAL CONFERENCE. The final pretrial conference will be held on May 8, 2013, at 2:00 p.m., in Courtroom A, 15th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case must attend personally.

7. JURY INSTRUCTIONS. The parties must serve and file requested voir dire questions, jury instructions, and forms of verdict by May 13, 2013.

8. TRIAL DATE. Jury trial will commence on May 20, 2013, at 9:00 a.m., in Courtroom A, 15th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Date: May 7, 2013

Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-00391
CASE MANAGEMENT ORDER

2