UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEMAR THOMPSON and others,<br><br>Plaintiffs,<br><br>v.<br><br>C & H SUGAR COMPANY, INC. and AMERICAN SUGAR REFINERY, INC.,<br><br>Defendants. | Case No. 12-cv-00391 NC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 41 |

The case management conference scheduled for June 12, 2013 is CONTINUED to October 2, 2013 at 10:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, San Francisco, California. The parties must file a joint case management statement at least one week prior to the conference. *See* Civil L.R. 16-10(d).

IT IS SO ORDERED.

Date: June 10, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-00391
CASE MANAGEMENT ORDER

1