# SEYFARTH
### ATTORNEYS SHAW LLP

560 Mission Street, 31st Floor
San Francisco, California 94105
(415) 397-2823
fax (415) 397-8549
www.seyfarth.com

Writer's direct phone
415-544-1072

Writer's e-mail
jcurley@seyfarth.com

Confirmed - Dated 9/24/13



**VIA CM/ECF**

Hon. Nathanael M. Cousins
United States Magistrate Judge
U.S. District Court for the
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Re: *Thompson, et al. v. C&H Sugar Company, Inc., et al.*; Case No. 12-cv-00391-NC

Dear Judge Cousins:

I write on behalf of Defendants to seek clarification from the Court regarding its July 24, 2013 Order Granting the Parties' Stipulation to File Separate Motions for Summary Judgment ("Order"). *See* Dkt. No. 44.

The Order grants the parties' stipulation to allow Defendants to file separate motions for summary judgment as to each plaintiff, but limits the "cumulative pages" of Defendants' opening and reply briefs in support of each summary judgment motion to not more than 75 pages, and limits Plaintiffs' opposition briefs to not more than 60 pages.

Defendants seek confirmation from the Court that the 75-page limit does not apply to declarations and exhibits filed in support of the opening and reply briefs.

Thank you in advance for any guidance the Court can provide.

Very truly yours,

SEYFARTH SHAW LLP

/s/

Justin T. Curley

16174839v.1

ATLANTA  BOSTON  CHICAGO  HOUSTON  LOS ANGELES  NEW YORK  SACRAMENTO  SAN FRANCISCO  WASHINGTON, D.C.  LONDON

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK