1  SEYFARTH SHAW LLP
   G. Daniel Newland, State Bar No. 87965
2  Justin T. Curley, State Bar No. 233287
   560 Mission Street, Suite 3100
3  San Francisco, California  94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549
   E-mail: dnewland@seyfarth.com
5  E-mail: jcurley@seyfarth.com

6  Attorneys for Defendants
   C&H SUGAR COMPANY, INC. and
7  AMERICAN SUGAR REFINERY, INC.

8  MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN, P.C.
   David P. Mastagni, State Bar No. 57721
9  Anthony P. Donoghue, State Bar No. 254113
   Yoon-Woo Nam, State Bar No. 284644
10 1912 I Street
   Sacramento, California  95814
11 Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
12 E-mail: dmastagni@mastagni.com
   E-mail: tdonoghue@mastagni.com
13 E-mail: ynam@mastagni.com

14 Attorneys for Plaintiffs
   JEMAR THOMPSON, et al.
15
                   UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17

18 | JEMAR THOMPSON, et al.,              | Case No. 12-cv-00391-NC |
   |                                      |                         |
19 |         Plaintiffs,                  | **STIPULATION AND [PROPOSED] ORDER RE HEARING AND BRIEFING SCHEDULE RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT RE PLAINTIFF CRYSTAL COLEMAN** |
20 |    v.                                | |
21 | C&H SUGAR COMPANY, INC., et al.,     | |
22 |         Defendants.                  | |

23

24

25     WHEREAS, Defendants recently filed their Motion for Summary Judgment or, in the

26 Alternative, Partial Summary Judgment Regarding Plaintiff Crystal Coleman ("Motion"), Dkt

27 Nos. 54-59;

28     WHEREAS, the Parties have met and conferred regarding Plaintiffs' request to take the

                                         1

1 depositions of five of Defendant C&H's witnesses prior to Plaintiffs filing their Opposition to
2 Defendants' Motion;
3     WHEREAS, Plaintiffs will not be able to take each of the depositions they wish to take
4 by October 18, 2013, the date their Opposition to Defendants' Motion is currently due;
5     NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, by
6 and through their respective counsel of record, as follows:
7     1.    The Court's hearing on Defendants' Motion shall be continued from November
8 13, 2013 at 1:00 p.m. to December 18, 2013 at 1:00 p.m.
9     2.    Plaintiffs shall file their Opposition to Defendants' Motion not later than
10 Wednesday, November 20, 2013.
11     3.    Defendants shall file their Reply in support of their Motion not later than
12 Wednesday, December 4, 2013.

**IT IS SO STIPULATED.**

DATED: October 11, 2013    SEYFARTH SHAW LLP

By    s/ Justin T. Curley
    G. Daniel Newland
    Justin T. Curley

Attorneys for Defendants
C&H SUGAR COMPANY, INC., et al.

DATED: October 11, 2013    MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN, P.C.

By    s/ Anthony P. Donoghue
    David P. Mastagni
    Anthony P. Donoghue

Attorneys for Plaintiffs
JEMAR THOMPSON, et al.

**IT IS SO ORDERED.**

Date: October 15, 2013

[GRANTED — Judge Nathanael M. Cousins]

NATHANAEL M. COUSINS
United States Magistrate Judge

2
**STIPULATION AND [~~PROPOSED~~] ORDER RE HEARING AND
BRIEFING SCHEDULE RE CRYSTAL COLEMAN MSJ/MSA**    Case No. 12-cv-00391-NC