UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEMAR THOMPSON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>C&H SUGAR COMPANY, INC., et al.,<br><br>    Defendants. | Case No. 12-cv-00391 NC<br><br>**ORDER RE *EX PARTE* APPLICATION TO SHORTEN TIME** |

Without deciding the merits or procedural propriety of plaintiff Crystal Coleman's ex parte application to shorten time, the Court will decide the underlying motion for an extension of time and to conduct further discovery. Defendants may file further briefing opposing the motion, not to exceed 7 pages, by 12:00 p.m. on Friday, November 15, 2013.

**IT IS SO ORDERED.**

Date: November 13, 2013

NATHANAEL M. COUSINS
United States Magistrate Judge