UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEMAR THOMPSON, and others,<br><br>  Plaintiffs,<br><br>  v.<br><br>C&H SUGAR CO., and others,<br><br>  Defendants. | Case No. 12-cv-00391 NC<br><br>**ORDER FOR FURTHER BRIEFING**<br><br>Re: Dkt. No. 87 |

On December 31, 2013, the parties in this employment action submitted a joint discovery letter brief outlining a dispute regarding plaintiffs' request for production of documents related to internal investigations of Cliff Sullivan. Dkt. No. 87. Defendants claim that the only documents that have not been produced from the requested category are privileged. *Id.* Although the brief discusses the attorney-client privilege and privacy privilege, the parties do not discuss the attorney work-product doctrine.

The Court therefore orders the parties to submit a supplemental joint letter brief that: 1) identifies which documents defendants claim are protected by attorney-client privilege, and the basis for that claim; 2) which documents defendants claim are protected by the attorney work-product doctrine, and the basis for that claim; and 3) whether plaintiffs have

1 substantial need for those documents withheld on the basis of work-product and cannot
2 obtain them by other means.  *See* Fed. R. Civ. P. 26(b)(3)(A)(ii); *Hickman v. Taylor*, 329
3 U.S. 495, 508-509 (1947).  The brief must not exceed seven pages and the parties must
4 submit the brief within seven days of this order.

In addition, the Court orders defendants to submit the declaration of David Arm in support of the supplemental brief.

IT IS SO ORDERED.

Date: January 3, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge