# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| JEMAR THOMPSON, and others,<br><br>Plaintiffs,<br><br>v.<br><br>C&H SUGAR COMPANY, INC., and others,<br><br>Defendants. | Case No. 12-cv-00391 NC<br><br>**ORDER TO MEET AND CONFER**<br><br>Re: Dkt. No. 98 |

The Court has reviewed the discovery letter brief filed today by plaintiffs at docket entry 98. The letter does not establish that the meet and confer process is complete. Accordingly, the parties are ordered to meet and confer on these issues at 1:00 p.m. on January 22, 2014, in a conference room adjoining Courtroom A, 15th Floor, United States District Court, San Francisco. The discovery hearing previously scheduled for that time will begin as soon as the parties have completed their discovery conference. The Court will not rule on docket entry 98 before the conference.

IT IS SO ORDERED.

Date:  January 21, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-00391 NC
ORDER TO MEET AND CONFER