**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JEMAR THOMPSON, and others, <br><br> Plaintiffs, <br><br> v. <br><br> C&H SUGAR COMPANY, INC., and others, <br><br> Defendants. | Case No. 12-cv-00391 NC <br><br> **ORDER GRANTING STIPULATION AND ORDERING FURTHER BRIEFING** <br><br> Re: Dkt. Nos. 87, 94, 96, 98, 102, 103 |

    The parties have submitted a stipulation to amend the case management schedule due to the illness of defense counsel. Dkt. No. 103. Additionally, the parties submitted their fifth discovery letter brief filed in the last month. Dkt. No. 102. The Court GRANTS the parties' joint stipulation modifying the case management schedule. However, the parties have failed to make clear which disputes continue to require the Court's intervention. Therefore, the Court ORDERS the parties to meet and confer further, and to then submit a joint letter clearly identifying which issues remain in dispute from the letter briefs at docket entries 87, 94, 96, 98, and 102. The parties must meet and confer and submit their clarifying letter by February 5, 2014, at 5:00 p.m.

Case No. 12-cv-00391 NC
ORDER TO MEET AND CONFER

1  IT IS SO ORDERED.

2  Date:  January 31, 2014

3  _____
    Nathanael M. Cousins
4   United States Magistrate Judge

Case No.

2