1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JEMAR THOMPSON, and others,<br><br>Plaintiffs,<br><br>v.<br><br>C&H SUGAR COMPANY, INC., and others,<br><br>Defendants. | Case No. 12-cv-00391 NC<br><br>**ORDER TO MEET AND CONFER**<br><br>Re: Dkt. No. 111 |

The parties filed two discovery letter briefs on February 21, 2014. One letter, at docket entry 112, was in response to the Court's prior order requesting further information about existing disputes. The other letter, at docket entry 111, purports to raise new discovery issues. The Court finds that there are no live disputes ripe for resolution in the letter at docket entry 111. To the extent that disputes exist, defendants state that the parties can likely resolve them through further meet and confer. However, plaintiffs insisted on presenting any outstanding issues to the Court within seven days of the fact discovery cut-off of February 14, per local rule 37-3.

Although the Court appreciates plaintiffs' respect of the deadline and local rules, judicial resources will be preserved if the parties amicably resolve as many disputes as possible. Therefore, the Court orders the parties to meet and confer further regarding the

Case No. 12-cv-00391 NC
ORDER TO MEET AND CONFER

1  unresolved issues in docket entry 111.  If the parties cannot reach an agreement, plaintiffs
2  may, within 14 days of this order, move to compel the remaining discovery through a joint
3  letter brief.

4        The Court will address the issues raised in docket entries 112 and 113 in a separate
5  order.

6        IT IS SO ORDERED.

7        Date:  February 25, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-00391 NC
ORDER TO MEET AND CONFER     2