UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEMAR THOMPSON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>C&H SUGAR COMPANY, INC., et al.,<br><br>    Defendants. | Case No. 12-cv-00391 NC<br><br>**ORDER GRANTING IN PART DEFENDANTS' REQUEST TO EXTEND TIME**<br><br>Re: Dkt. No. 115 |

Defendants ask the Court to extend by two weeks the deadline to complete the production of documents required in the Court's February 14 order. Dkt. No. 115. Federal Rule of Civil Procedure 6(b)(1)(A) allows the court, for good cause, to extend time. The Court finds that there is good cause to extend time to complete the production, but not in the timeframe defendants request. Defendants are ordered to complete the production of post-2009 documents, identified in the February 14 order, by March 7, 2014. Defendants are ordered to complete the production of pre-2009 documents, identified in the February 14 order, by March 14, 2014.

IT IS SO ORDERED.

Date: February 28, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-00391 NC
ORDER GRANTING IN PART
REQUEST TO EXTEND TIME