# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JEMAR THOMPSON, and others,<br><br>Plaintiffs,<br><br>v.<br><br>C&H SUGAR COMPANY, INC., and others,<br><br>Defendants. | Case No. 12-cv-00391 NC<br><br>**ORDER TO RE-FILE**<br><br>Re: Dkt. Nos. 54, 55, 56, 57, 59, 85, 86 |

The Court orders defendants to re-file the documents found at docket entries 54, 55, 56, 57, 59, 85, and 86. The ECF filings must be documents that have been converted to PDFs, rather than scanned, in accordance with Civil Local Rule 5-1(e)(2). Defendants must re-file the documents by 5:00 p.m. on March 10, 2014. All future filings must comply with this requirement of the Local Rules.

IT IS SO ORDERED.

Date: March 7, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-00391 NC
ORDER TO RE-FILE