April 4, 2014

**VIA CM/ECF**

Hon. Nathanael M. Cousins
United States Magistrate Judge
U.S. District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, California  94102

    Re:    *Thompson, et al. v. C&H Sugar Company, Inc., et al.*; Case No. 12-cv-00391-NC

Dear Judge Cousins:

    The Parties would like to update the Court regarding the issue of authentication of documents produced in this case pursuant to the March 28, 2014 Omnibus Discovery and Scheduling Order of (Dkt. 143).

    The Parties have met and conferred regarding this dispute and continue to do so in good faith with the hope and expectation to resolve it without further Court intervention. The Parties respectfully request the Court to provide one (1) additional week until April 11, 2014 for the Parties to continue to meet and confer regarding this matter and hopefully resolve it without the further Court intervention.

                                        Very truly yours,

| MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN | SEYFARTH SHAW LLP |
|---|---|
| /s/ | /s/ |
| Yoon-Woo Nam | Justin T. Curley |
| | Dated: April 7, 2014 |

