

April 30, 2014

<u>VIA CM/ECF</u>

The Honorable Nathanael Cousins
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, California  94102

      Re:    *Thompson et al. v. C&H Sugar Company, Inc. et al*
             Case No. C12-00391-NC; Dkt. Nos. 17-1, 167, 168

Dear Judge Cousins:

      Plaintiffs Jemar Thompson, et al. and Defendants C&H Sugar Company, Inc., et al. seek the Court's guidance regarding the Trial Preparation Standing Order (Dkt. No. 17-1) in conjunction with the pre-trial dates established in the Court's recent Case Management Order (Dkt. No. 167).

      According to the Court's Trial Preparation Standing Order, the Parties must file a joint pretrial statement, submit a set of jury instructions and stipulate to the admissibility of each proposed exhibit, no less than fourteen (14) days before the June 18, 2014 pre-trial conference. Thus, the Parties must currently complete the foregoing by June 4, 2014.

      After the Supplemental Rebuttal Expert Deadline on May 30, 2014, the Parties expect to conduct expert depositions through June 9, 2014, the deadline to complete Expert Discovery. The Parties anticipate expert discovery will affect the finality of the contents of a joint pretrial statement, as well as exhibits and pretrial motions.

      Therefore, in light of the Court's Case Management Order, the Parties respectfully request the Court to permit an alternate date for the Parties to file the joint pretrial statement, submit a set of jury instructions and stipulate to the admissibility of each proposed exhibit.  The Parties jointly request that the Court set June 10, 2014 as the deadline for the Parties to exchange proposed exhibits and deposition testimony and June 13, 2014 as the deadline to file the joint pretrial statement, submit any pretrial motions, and submit a set of jury instructions and stipulate to the admissibility of each proposed exhibit.

Very truly yours,

| | |
|---|---|
| MASTAGNI, HOLSTEDT, AMICK MILLER & JOHNSEN, APC | SEYFARTH SHAW LLP |
| /s/ | /s/ |
| Yoon-Woo Nam | Justin T. Curley |