UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEMAR THOMPSON, and others,<br><br>    Plaintiffs,<br><br>    v.<br><br>C&H SUGAR CO., and others,<br><br>    Defendants. | Case No. 12-cv-00391 NC<br><br>**ORDER GRANTING MOTION TO SEAL**<br><br>Re: Dkt. No. 101, 149 |

    Defendants moved to seal employment records publicly filed as exhibits in support of plaintiff Crystal Coleman's opposition to defendants' motion for summary judgment. Dkt. No. 101. The Court initially denied the motion for defendants' failure to provide legal support for sealing the employment records. Dkt. No. 143. Defendants later submitted a letter brief citing to cases that have sealed similar records, albeit records of government employees. Dkt. No. 149. The Court finds that sealing the records is warranted when balancing the need for the public's access to information against the third party employee's need for privacy in their employment records, which reveal specific instances of employee discipline. *See Seals v. Mitchell*, No. 04-cv-03764 NJV, 2011 WL 1233650, at *3 (N.D. Cal. Mar. 30, 2011) (finding sealing private employment records was appropriate in order to "protect Defendants from embarrassment; and because balancing the need for the public's access to information regarding Defendants' employment records, personnel records, and

specific instances of past conduct against Defendants' need for confidentiality weighs strongly in favor of sealing."). Accordingly, the Court GRANTS the motion to seal.

The Clerk of Court will remove the documents filed as Exhibits P, Q, R, W, X, Y, HH, II, KK, and LL in support of plaintiff Coleman's opposition to the motion for summary judgment. Plaintiff Coleman must then re-file the documents under seal pursuant to Local Rule 79-5. Upon re-filing, those exhibits will be deemed to have been filed by Ms. Coleman under seal as of December 4, 2013.

IT IS SO ORDERED.

Date: May 6, 2014

                                                _____
Nathanael M. Cousins
United States Magistrate Judge