**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JEMAR THOMPSON, and others,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>C&H SUGAR COMPANY, INC., and others,<br><br>　　　　Defendants. | Case No. 12-cv-00391 NC<br><br>**ORDER TO SHOW CAUSE** |

On May 13, 2014, the Court ordered additional pre-trial briefing from the parties in this employment discrimination action. Dkt. No. 184. Plaintiffs were to file their opening brief by May 20. They have failed to do so. The Court is informed that the parties accomplished a settlement at a conference with Magistrate Judge Jacqueline S. Corley on May 15. Dkt. No. 185. But the parties have not filed a notice of dismissal or requested a continuance of the current deadlines. The Court therefore orders plaintiffs to show cause why the case should not be dismissed for failure to prosecute. The parties must file a notice of dismissal, or in the alternative a joint letter explaining the need for additional time to file a notice of dismissal, within seven days of this order.

Case No. 12-cv-00391 NC
ORDER TO SHOW CAUSE

1  IT IS SO ORDERED.

2  Date: May 27, 2014

3  _____
   Nathanael M. Cousins
4  United States Magistrate Judge

Case No. 12-cv-00391 NC
ORDER TO SHOW CAUSE                     2