| | |
|---|---|
| 1 | DAVID P. MASTAGNI (SBN 57721) |
| | PHILLIP R. A. MASTAGNI (SBN 238254) |
| 2 | YOON-WOO NAM (SBN 284644) |
| | GRANT A. WINTER (SBN 266329) |
| 3 | **MASTAGNI, HOLSTEDT, AMICK,** |
| | **MILLER & JOHNSEN** |
| 4 | *A Professional Corporation* |
| | 1912 "I" Street |
| 5 | Sacramento, California  95811 |
| | Telephone:      (916) 446-4692 |
| 6 | Facsimile:       (916) 447-4614 |
| | dmastagni@mastagni.com |
| 7 | phillip@mastagni.com |
| | ynam@mastagni.com |
| 8 | gwinter@mastagni.com |
| 9 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEMAR THOMPSON, ROSEMARY JOHNSON, EARL HOLLY, DAMIAN WEST, CRYSTAL COLEMAN, KIMIYANTE BRYANT, RAY STRONG, DEXTER LOTT, KEVIN HARDY, IRVIN GREEN, DEMETRIUS OSBY, JO'SEAN SNELL, and WARREN ANDERSON, | Case No. 12-cv-00391 NC <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> **[F.R.C.P. 41(a)]** |
| Plaintiffs, | |
| v. | Trial Date:   June 23, 2014 <br> Time:         9:00 a.m. <br> Judge:        Hon. Nathanael M. Cousins <br> Courtroom:  A-15th Floor |
| C & H SUGAR COMPANY, INC.; AMERICAN SUGAR REFINERY, INC.; and DOES 1 THROUGH 1000, INCLUSIVE. | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED to by and between the parties to the above-referenced action, through their respective counsel, to a dismissal with prejudice of this action pursuant to Fed. R. Civ. Pro. 41(a).

///

- 1 -

1 **IT IS SO STIPULATED.**

2

3 DATED: May 28, 2014                               **MASTAGNI, HOLSTEDT, AMICK,**
                                                    **MILLER & JOHNSEN, APC**
4

5                                                    /s/

6
                                                    YOON-WOO NAM
7                                                    Attorneys for Plaintiffs JEMAR THOMPSON,
                                                    ROSEMARY JOHNSON, EARL HOLLY,
8                                                    DAMIAN WEST, CRYSTAL COLEMAN, RAY
                                                    STRONG, KEVIN HARDY, IRVIN GREEN,
9                                                    JO'SEAN SNELL, and WARREN ANDERSON

10

11 DATED: May 28, 2014                              **SEYFARTH SHAW LLP**

12

13                                                   /s/

14                                                  JUSTIN T. CURLEY

15                                                  Attorneys for Defendants C & H SUGAR
                                                    COMPANY, INC.; AMERICAN SUGAR
                                                    REFINERY, INC.
16

*IT IS SO ORDERED*
*Judge Nathanael M. Cousins*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -

Case No. 12-cv-00391 NC
STIPULATION OF DISMISSAL WITH PREJUDICE